

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 7, 2020

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. An arraignment and initial conference is scheduled for December 16, 2020 at 2:30 p.m. Time is excluded until December 16, 2020, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161 (h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J. 12/7/2020

Re: *United States* v. *Rasulov, et al.*, No. 20 Cr. 653 (RA)

Dear Judge Abrams:

  The parties are in the process of scheduling an arraignment and an initial conference in the above-captioned case. The Government therefore respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the arraignment and initial pretrial conference. *See* 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance until that date outweigh the best interest of the public and the defendants in a speedy trial because the continuance will permit the parties time to continue discussing a resolution of the case without the need for trial. Defense counsel consent to this request.

              Respectfully submitted,

              AUDREY STRAUSS
              Acting United States Attorney

By: _____
    Cecilia E. Vogel
    Thane Rehn
    Assistant United States Attorneys
    (212) 637-1084 / 2354

cc: Defense counsel (by ECF)