

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2021

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to June 8, 2021 at 3:00 p.m. Time is excluded until June 8, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
April 30, 2021

Re:   *United States v. Rasulov, et al.*, 20 Cr. 653 (RA)

Dear Judge Abrams:

On December 16, 2020, the Court held an arraignment and initial conference in this case and scheduled a status conference for February 26, 2021, at 2:00 p.m. On February 22, 2021, the Court granted the parties' joint request to adjourn the status conference to April 2, 2021. On March 31, 2021, the Court granted the parties' joint request to adjourn the status conference to May 3, 2021. Since the initial conference, the Government has produced voluminous discovery to the defendants, including supplemental discovery produced on April 19, 2021. The parties have also engaged in disposition discussions. Defense counsel has informed the Government that additional time to review the discovery and engage in these discussions would be helpful, and the Government shares in that view. Accordingly, the parties respectfully request that the Court adjourn the status conference for approximately 30 days to allow the defendants and their counsel to continue their review of discovery and the parties to continue their discussions.

Because the purpose of this adjournment is to permit the defendants time to continue to review the discovery in this case and to facilitate disposition discussions among the parties, the parties jointly submit that the ends of justice served by this continuance outweigh the interests of the defendants and the public in a speedy trial, and request that time be excluded under the Speedy

Hon. Ronnie Abrams  Page 2
April 29, 2021

Trial Act from May 3, 2021 to the new date for a status conference set by the Court. I have discussed this request with counsel for each defendant affected by the proposed adjournment, and all of them have informed me that they join in this request.

                                              Respectfully submitted,

                                              AUDREY STRAUSS
                                              United States Attorney for
                                              the Southern District of New York

                                     By: _____
                                              Thane Rehn
                                              Cecilia Vogel
                                              Assistant United States Attorneys
                                              (212) 637-2354

cc: Defense counsel of record (via ECF)