**SHARIFOV & ASSOCIATES, PLLC**
Attorneys and Counselors at Law
50 MAIN STREET
HEMPSTEAD, NEW YORK 11550
TEL: (516) 505-2300
FAX: (516) 505-2379
SharifovR@LawfirmSR.com

October 27, 2021

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

RE:   United States v. Rasulov, et al., 20 Cr. 653 (RA)

Dear Judge Abrams,

    Defendant Sherzod Rasulov, through counsel, respectfully submits this letter-motion for an adjournment of sentencing currently scheduled for November 5, 2021 before this Court.

    On July 22, 2021, Mr. Rasulov pled guilty to Count one of the indictment, charging him with conspiracy to operate an unlicensed money transmitting business, in violation of 18 USC § 371 and sentencing hearing was scheduled for November 5, 2021. On October 13, 2021, a final Presentence investigation report in this case has been filed.

    Mr. Rasulov and his family needs more time to gather all letters from friends and family. I respectfully request that the sentencing hearing be adjourned to the end of January 2022 which will give defense enough time to obtain and translate all letters that we intend to submit to the Court.

    The Government consents to the adjournment for 90 days.

Application granted. The sentence is adjourned to January 28, 2022 at 3:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
October 27, 2021

Respectfully Submitted,

Rovshan Sharifov, Esq.
Sharifov & Associates, PLLC
Attorneys for Sherzod Rasulov
50 Main Street, Hempstead, NY 11550
516-505-2300; SharifovR@LawfirmSR.com

cc: (all counsel via ECF)