# SHARIFOV & ASSOCIATES, PLLC

**Attorneys and Counselors at Law**
50 MAIN STREET
HEMPSTEAD, NEW YORK 11550
TEL: (516) 505-2300
FAX: (516) 505-2379
Writer's Email: victor.shulov@LawfirmSR.com

February 1, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    RE: <u>United States v. Rasulov, et al., 20 Cr. 653 (RA)</u>

Dear Judge Abrams,

  Defendant Sherzod Rasulov, through counsel, respectfully submits this letter-motion requesting the return of his passport.

  Mr. Rasulov was sentenced by Your Honor on January 27, 2022, to two years of probation. Mr. Rasulov successfully completed his term of probation effective January 26, 2024. (Please see the attached Completion of Supervision Term signed by USPO Lisa Famularo). AUSA Mr. Nathan Rehn does not object to this request.

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 2, 2024

                 Respectfully Submitted,

                 /s/ *Victor Shulov*
                 Victor Shulov, Esq.
                 Sharifov & Associates, PLLC
                 *Attorneys for Sherzod Rasulov*

cc: (all counsel via ECF)



January 30, 2024

Sherzod Rasulov
800 East 13th Street
Brooklyn, New York 11230



### COMPLETION OF SUPERVISION TERM

DOCKET#:     0208 1:20CR00653

NAME:       **SHERZOD RASULOV**

PACTS ID:    7791661

DATE OF BIRTH:    **AUGUST 19, 1977**

Dear Sherzod Rasulov,

       The purpose of this letter is to confirm that you have commenced a term of probation on January 27, 2022, which was completed effective January 26, 2024. You are hereby discharged from the supervision of this office.

       If you have any questions or require further information, please contact the undersigned officer at 631-712-6355.

Very truly yours,

*Lisa Famularo*

Lisa Famularo
U.S. Probation Officer

---

**ROBERT L. CAPERS**
Chief U.S. Probation Officer

**VITA QUARTARA**
Deputy Chief U.S. Probation Officer

**MARK GJELAJ**
**RICHARD AZARIAN**
Assistant Deputy Chief U.S. Probation Officers

REPLY TO:

☐   **BROOKLYN**    27 Johnson Street, Brooklyn, NY 11201-2712
                                    Tel. No.: (347) 534-1400
                                    Fax No.: (347) 534-3569

☐   **LONG ISLAND**    Alfonse M. D'Amato United States Courthouse
                                        202 Federal Plaza, 2nd Floor, Central Islip, NY 11722-4425
                                        Tel. No. (631) 712-6300
                                        Fax No. (631) 712-6395