

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
March 16, 2026

Re:    ***United States v. Djonibek Rahmankulov*, 20 Cr. 653 (RA)**

Dear Judge Abrams:

The Government and counsel for Farzodjon Asadov are discussing a potential settlement to resolve Mr. Asadov's motion to vacate the forfeiture order as to funds from a J.P. Morgan Chase bank account ending in 9268 held in the name of Chaykhana I. Accordingly, the Government requests to adjourn its deadline to respond to the motion, currently March 13, 2026, for approximately 30 days. Counsel for Mr. Asadov consents to this adjournment request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for
the Southern District of New York

By:   /s/ Cecilia Vogel
      Thane Rehn
      Cecilia Vogel
      Assistant United States Attorneys
      (212) 637-2354/1084

cc:  Igor Niman, Esq. (via ECF and email)